GEORGE DEIS, SON AND COMPANY, Respondent, *v.* HENRY HART, Appellant.

*Deis, Son & Co.* v. *Hart,* 134 App. Div. 994, affirmed.
(Argued October 11, 1911; decided October 31, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 17, 1909, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover for goods alleged to have been sold and delivered.

*Walter Welch* for appellant.

*A. B. Steele* and *William Witherstine* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.